IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS,<br><br>   Plaintiff,<br><br> v.<br><br>TREASURY DEPARTMENT ET AL,<br><br>   Defendant. | No. C05-04964 MJJ<br><br>**ORDER DENYING MOTION FOR TRIAL AND REQUEST FOR DISCOVERY REGARDING RELIEF FOR FEDERAL FRAUD AGAINST ROBERT** |

  Before the Court is Plaintiff Robert Curtis' (1) Motion for Trial (Doc. # 41) and (2) Request for Discovery (Doc. # 39) for Federal Fraud Against Robert. The Court has considered Plaintiff's motion and rules as follows:

  In his Motion for Trial, Plaintiff moves for a trial to begin within the next sixty days. Plaintiff fails to articulate any legal basis for his claims and the Court knows of none. The Court therefore **DENIES** Plaintiff's Motion.

  In his Motion for Discovery, Plaintiff requests discovery from the Defendants on certain issues. Plaintiff fails to articulate what relief he seeks from the Court relating to discovery. Further, Plaintiff has failed to set forth any legal basis for the Court's authority that the Defendant's comply with the request. The Court therefore **DENIES** Plaintiff's Motion.

///

///

///

1 | For the foregoing reasons, the Court denies Plaintiff's motions.

3 | **IT IS SO ORDERED.**

6 | Dated: February 5, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE