IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS,<br><br>      Plaintiff,<br><br>  v.<br><br>TREASURY DEPARTMENT ET AL,<br><br>      Defendant.<br>_____ / | No. C05-04964 MJJ<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT AND MOTION FOR A CONFERENCE CALL** |

Before the Court are three motions: Plaintiff's Motion for Default Judgment in Opposition to Dismissal ("Motion for Default Judgment I"), Plaintiff's Motion for a Conference Call, and Plaintiff's Motion and Order to Reinstate for Proper Default Judgment ("Motion for Default Judgment II"). (Docket Nos. 87, 88.) On September 27, 2007, the Court granted Defendant's Motion to Dismiss. (Docket No. 85.) That same day the Court entered judgment against Plaintiff. (Docket No. 86.) Plaintiff filed the Motion for Default Judgment I and Motion for Conference Call on October 1, 2007. Plaintiff filed the Motion for Default Judgment II on October 4, 2007. Plaintiff's Motions are procedurally improper and untimely. The Court therefore **DENIES** all three of Plaintiff's Motions.

**IT IS SO ORDERED.**

Dated: November 2, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE