IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS,<br><br>   Plaintiff,<br><br>   v.<br><br>TREASURY DEPARTMENT, et al.,<br><br>   Defendants | No. C-05-4964 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

The Court is in receipt of plaintiff's motion for "finding[s] of fact and conclusions of law," filed December 18, 2009.

Because judgment was entered against plaintiff on September 27, 2007, the Court of Appeals for the Ninth Circuit affirmed the judgment on April 28, 2009, and plaintiff's motion for reconsideration of the judgment was denied on December 17, 2009, the instant motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 30, 2009

MAXINE M. CHESNEY
United States District Judge